FILED

07/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0336

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0336

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

PHILLIP MARTIN LONG,

      Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 14, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 8 2024